HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
WESLEY SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  16-cr-193-JAM |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| vs. | ) | Date: November 22, 2016 |
| WESLEY SMITH, | ) | Time:   9:15 A.M. |
| | ) | Judge: Hon. John A. Mendez |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between Phillip A. Talbert, Acting U.S. Attorney, through Owen Roth, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Mia Crager, attorney for Wesley Smith that the status conference, currently scheduled for November 22, 2016, be continued to January 10, 2017 at 9:15 a.m.

Defense counsel requires additional time to review discovery with the defendant and pursue investigation.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including January 10, 2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Respectfully submitted,

Dated:  November 16, 2016                HEATHER E. WILLIAMS
                                         Federal Defender

                                         /s/Mia Crager
                                         MIA CRAGER
                                         Assistant Federal Defender
                                         Attorney for Defendant

Dated: November 16, 2016

                                         Phillip A. Talbert
                                         Acting United States Attorney

                                         /s/ Mia Crager for
                                         OWEN ROTH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including January 10, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the November 22, 2016 status conference  shall be continued until January 10, 2017, at 9:15 a.m.

Dated:  November 16, 2016                /s/ John A. Mendez
                                         Hon. John A. Mendez
                                         United States District Court Judge