HEATHER E. WILLIAMS, #122664
Federal Defender
MIA CRAGER, #300172
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
Mia_Crager@fd.org

Attorney for Defendant
WESLEY SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No.  2:16-cr-193-JAM |
|                                   ) | |
|            Plaintiff,             ) | STIPULATION AND ORDER |
|                                   ) | |
|     vs.                           ) | Date:   February 21, 2017 |
|                                   ) | Time:   9:15 A.M. |
| WESLEY SMITH,                     ) | Judge:  Hon. John A. Mendez |
|                                   ) | |
|            Defendant.             ) | |
|                                   ) | |

   IT IS HEREBY STIPULATED by and between U.S. Attorney Phillip A. Talbert, through Assistant United States Attorney Owen Roth, attorney for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Mia Crager, attorney for Wesley Smith that the status conference, currently scheduled for January 10, 2017, be continued to February 21, 2017 at 9:15 a.m.

   Defense counsel requires additional time to review discovery with the defendant and pursue investigation.

   Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded of this order's date through and including February 21, 2017;  pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

                                              Respectfully submitted,

Dated:  January 5, 2017                  HEATHER E. WILLIAMS
                                              Federal Defender

                                              */s/Mia Crager*
                                              MIA CRAGER
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              WESLEY SMITH

Dated: January 5, 2017

                                              Phillip A. Talbert
                                              United States Attorney

                                              */s/ Mia Crager for*
                                              OWEN ROTH
                                              Assistant U.S. Attorney
                                              Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including February 21, 2017, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). It is further ordered the January 10, 2017 status conference  shall be continued until February 21, 2017, at 9:15 a.m.

Dated:  January 5, 2017                  /s/ John A. Mendez
                                              Hon. John A. Mendez
                                              United States District Court Judge