MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for WESLEY SMITH

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,  ) No. 16-193 JAM
          Plaintiff,  )
           ) STIPULATION AND
   v.  ) ORDER MODIFYING THE SCHEDULE
           ) FOR Mr. SMITH's PRE-SENTENCE
           ) REPORT AND RE-SETTING THE
WESLEY SMITH,  ) SENTENCING DATE
           )
          Defendant.  ) Judge: Hon. John A. Mendez
==============================)

      The parties agree and hereby stipulate that good cause exists to continue Wesley Smith's sentencing hearing from May 8, 2018, to July 10, 2018, at 9:15 a.m.

      The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

      Judgment and Sentencing Date: July 10, 2018

      Reply, or Statement of Non-opposition: July 3, 2018

      Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 26, 2018

      The Pre-Sentence Report has already been filed with the Court and Disclosed to counsel.

Dated: April 19, 2018                                    Respectfully submitted,

                                                          /s/ *Michael D. Long*
                                                          MICHAEL D. LONG
                                                          Attorney for Wesley Smith

| | |
|---|---|
| Dated: April 19, 2018 | McGREGOR SCOTT<br>United States Attorney<br><br>/s/ Owen Roth<br>OWEN ROTH<br>Assistant U.S. Attorney |

ORDER

**<u>GOOD CAUSE APPEARING AND HAVING BEEN SHOWN, IT IS SO ORDERED</u>**.

The Court hereby orders that the schedule for Mr. Smith's pre-sentence report is amended as follows:

The schedule for the pre-sentence report is hereby amended as follows:

Judgment and Sentencing Date: July 10, 2018

Reply, or Statement of Non-opposition: July 3, 2018

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 26, 2018

The Pre-Sentence Report has already been filed with the Court and Disclosed to counsel.

| | |
|---|---|
| Dated: April 19, 2018 | /s/ John A. Mendez<br>Hon. JOHN A. MENDEZ<br>United States District Court Judge |